# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MAPLE LEAF MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ET AL., <br><br> Defendants. | Before: Claire R. Kelly, Gary S. Katzmann, and Jane A. Restani, Judges <br><br> Court No. 20-00125 |

## ORDER

Upon consideration of the Defendant's consent motion for a remand, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Department of Commerce's final determinations not to exclude ERW EndurAlloy™ tubing products from the remedy imposed by the President under Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, challenged in this action are remanded to Commerce for reconsideration in accordance with this order; and it is further

**ORDERED** that:

1. Commerce shall file its remand results on or before Monday, October 18, 2021;

2. Commerce shall file the administrative record on or before Monday, November 1, 2021; and

3. The parties shall file a proposed scheduling order on or before Monday, November 1, 2021.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   July 20, 2021
         New York, New York